UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARRIE DEVAUL | ) | Civil Action No: 3:23-cv-00690-ML |
| *Plaintiff*, | ) | |
| | ) | Hon. Miroslav Lovric |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| MARTIN O'MALLEY[1], | ) | |
| Commissioner of | ) | |
| Social Security | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

### Parties' Stipulation for Remand

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Acting Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Martin O'Malley, | Carrie DeVaul, |
| Commissioner of | |
| Social Security, | |
| | |
| By His Attorneys, | By Her Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

| | |
|---|---|
| */s/ Geoffrey M. Peters* <br> Geoffrey M. Peters <br> Special Assistant United States Attorney <br> NDNY Bar Roll No. 704027 <br> Office of Program Litigation, Office 2 <br> Office of the General Counsel <br> Social Security Administration <br> 6401 Security Boulevard <br> Baltimore, MD 21235 <br> (212) 264-1298 <br> Geoffrey.Peters@ssa.gov | */s/     Peter A. Gorton*  [2] <br> Peter A. Gorton <br> NY Bar Roll No. 104832 <br> Lachman, Gorton Law Firm <br> P.O. Box 89 <br> 1500 E. Main St. <br> Endicott, NY 13761-0089 <br> (607) 754-0500 <br> office@lglaw.org |

IT IS SO ORDERED:

_____
Miroslav Lovric
U.S. Magistrate Judge

Dated: __January 9, 2024__
         Binghamton, NY

---

[2] Signed with consent obtained by email by Special Assistant United States Attorney Geoffrey M. Peters, received on January 9, 2024.